# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JEFFREY ELMORE**                                                            **PLAINTIFF**
**ADC #091418**

v.                      No. 4:23-cv-01138-LPR-JJV

**JAMES SHIPMAN, et al.**                                       **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 20) and the Plaintiff's Objections (Doc. 22). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff may proceed with his failure to protect claim against Defendant Lieutenant Gena Stewart. All other claims and Defendants are DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 29th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE