## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JEFFREY ELMORE**                                                                               **PLAINTIFF**
**ADC #091418**

**v.**                                          **Case No: 4:23-cv-01138-LPR**

**JAMES SHIPMAN, et al.**                                                            **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 63). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Defendant's Motion for Summary Judgment (Doc. 59) is GRANTED. Plaintiff's failure to protect claim against Defendant Stewart is DISMISSED without prejudice based on his failure to fully exhaust his administrative remedies. The Clerk is instructed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.[1]

IT IS SO ORDERED this 14th day of March 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] This would be a much closer case if Plaintiff had responded to the Statement of Undisputed Material Facts. But he did not, and thus all the facts in the Statement of Undisputed Material Facts are deemed admitted. Given this, the RD is correct.